JOHN HOPPER, PLAINTIFF IN ERROR, v. JAMES LUDLUM, DEFENDANT IN ERROR.

Counsel fees cannot be recovered by action, unless a contract fixing the amount can be shown.

On error.

For the plaintiff in error, *A. B. Woodruff.*

For the defendant in error, *A. S. Jackson.*

The opinion of the court was delivered by

BEASLEY, CHIEF JUSTICE. This was a suit by a counselor at law for his counsel fees. At the trial, a non-suit was ordered, the judge who presided assigning as his ground of action, "a rule of law which says that no counsel can maintain a suit against his client for counsel fees, unless he can

show an express agreement upon the part of that client to pay a specific fee that is fixed upon as the counsel fee."

This, as it·seems to me, was a correct exposition of the law as it has always existed and been understood in this state. Such is the rule embodied in the decisions of our courts; but it is not necessary for me to review these decisions, or to express, with any degree of elaboration, my views upon the subject, as I have so recently had occasion to do this in the case of *Schomp* v. *Schenck*, 11 *Vroom* 195.·

I think the judgment should be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DALRIMPLE, DEPUE, KNAPP, SCUDDER, WOODHULL, CLEMENT, DODD, GREEN, LILLY—11.

*For reversal*—None.